UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WOOLERY,<br><br>                Plaintiff,<br><br>        v.<br><br>LASSEN COUNTY JAIL, et al.,<br><br>                Defendants. | No. 2:21-cv-00154-TLN-KJN<br><br>**ORDER** |

Plaintiff Jacob Woolery ("Plaintiff"), a county prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 13, 2021 (ECF No. 11), are ADOPTED IN FULL;

1

2. This action is DISMISSED without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 20, 2021

Troy L. Nunley
United States District Judge